IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **TERRY ALBEE, individually and on behalf of all persons similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CLEVELAND INTEGRITY SERVICES, INC.,**<br><br>**Defendant.** | **Civil Action No.:**<br>**2:15-cv-09149-JWL-KGG** |

**NOTICE OF VOLUNTARY DISMISSAL**
<u>**PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(i)**</u>

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff Terry Albee ("Plaintiff"), through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant Cleveland Integrity Services, Inc. ("Defendant").

Dated:  October 19, 2015   Respectfully submitted,

<u>/s/ Eric L. Dirks</u>
Eric L. Dirks (D. Kan. 77996)
**Williams Dirks Dameron, LLC**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone: (816) 876-2600
Facsimile: (816) 221-8763
Email: dirks@williamsdirks.com

Shanon J. Carson*
Sarah R. Schalman-Bergen*
Alexandra K. Piazza*
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA  19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

2

        Email:  scarson@bm.net
                  sschalman-bergen@bm.net
                  apiazza@bm.net

*Admitted *pro hac vice*.

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2015 a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(i) has been filed on the ECF docket and is available for viewing and download.

By: /s Eric L. Dirks  
Eric L. Dirks